IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTINA MARZIALE, Individually and
as Mother of Baby Boy Marziale; and
DANA McLAIN, Administrator of the
Estate of Elaine Marziale                                    PLAINTIFFS


v.                              No. 5:18-cv-86-DPM


CORRECT CARE SOLUTIONS LLC;
MAKITA LAGRANT; STEPHEN
COOK; and ROBERT FLOSS                                      DEFENDANTS


## ORDER

This case has long been pending in state court. It was removed last week. The motion to substitute, № 29, is granted. William Bird is substituted as counsel of record for the non-party movants — Arkansas Community Correction, Wade Hodge, and Phyllis Silas. The rest of the pending motions, № 5, 6, 10, 22, 24, 25, 26 & 27, are denied without prejudice. The record is too big and too mossy for the Court to tell exactly what live disputes there are.

The Court would appreciate status reports. Is discovery complete? If not, how much more time is needed? Are there any unresolved discovery disputes? Is a status conference needed? Status

reports due by 25 April 2018. The Court requests the parties to stand down until the Court files an order responding to the status reports.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_11 April 2018_