IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTINA MARZIALE, Individually and
as Mother of Baby Boy Marziale; and
DANA McLAIN, Administrator of the
Estate of Elaine Marziale                                          PLAINTIFFS

v.                          No. 5:18-cv-86-DPM

CORRECT CARE SOLUTIONS LLC;
MAKITA LAGRANT; STEPHEN
COOK; and ROBERT FLOSS                                             DEFENDANTS

## ORDER

The Court appreciates the parties' helpful status reports, № 31 & № 32. In the circumstances, no Fed. R. Civ. P. 26(f) conference or report is needed. Initial disclosures are waived as superfluous. The parties should proceed with the scheduled depositions and with other needed discovery. The Court regrets that it cannot accommodate the Plaintiffs' request for an expedited trial date. This case has been pending for some time, but the Court has a full trial schedule in the coming year and the parties seem to have much expert discovery to get done. Trial will be scheduled for October 2019. If the parties sprint through their experts, they should advise the Court, and we'll explore accelerating the schedule and the trial. A Final Scheduling Order will issue. Please note the procedure for any future discovery disputes.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 April 2018