IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTINA MARZIALE,  PLAINTIFFS
Individually and as mother of
Baby Boy Marziale; and
DANA McLAIN,
Administrator of the Estate of
Elaine Marziale

VS.  No. 5:18-CV-86-DPM

CORRECT CARE
SOLUTIONS, LLC;
STEPHEN COOK; and
MAKITA LaGRANT  DEFENDANTS

## STIPULATED HIPPA PROTECTIVE ORDER

The Parties may access Protected Health Information ("PHI"), as defined by the Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104-191, 110 Stat. 1936 (1996) ("HIPAA"), pertaining to individuals incarcerated at the Southeast Arkansas Community Correction Facility in Pine Bluff, Arkansas ("SEACC") in 2014 and 2015, subject to the following:

"PHI" means protected health information, as that term is used in HIPAA and the Privacy Standards and defined in 45 C.F.R. §§ 160 & 164 (2003).

"Privacy Standards" means the Standards for Privacy of Individually Identifiable Health Information. See 45 C.F.R. §§ 160 & 164 (2003).

"Signatories" means all parties to this litigation, their attorneys, staff, retained expert witnesses, all persons the parties and their attorneys deem necessary viewers of the PHI, and all non-parties this Court may subsequently recognize as signatories of this qualified protective order.

## TERMS AND LIMITATIONS

1. The Signatories are familiar with HIPAA and the Privacy Standards.

1

2. The Signatories recognize it may be necessary during the course of this litigation for Defendant, Correct Care Solutions, LLC ("CCS"), to produce and transmit PHI of current and former patients/residents of SEACC to the other parties and their attorneys.

3. Notwithstanding law limiting the authority of CCS to disclose PHI, under the authority of 45 CFR 164.512(e), CCS is permitted in this case, during the discovery phase of the proceeding, to release PHI of patients/residents at SEACC in 2014 and 2015, in its possession in response to a subpoena, discovery request, or other lawful process, provided the PHI is relevant to the issues presented in this litigation.

4. The Signatories cannot use or disclose the PHI released for this lawsuit for any other purpose or in any other proceeding and will not offer, introduce, or attempt to introduce redacted or unredacted PHI of nonparties at trial or with motions or pleadings without first obtaining from the subject of the PHI written permission to publicize the PHI. If the Signatories cannot locate the subject of the PHI to obtain consent, the Court on motion may allow the publication of redacted PHI upon a showing by the party seeking to introduce the PHI that a reasonable effort was made to locate the subject to obtain consent and a reasonable effort was made to notify the subject of the request to obtain consent.

5. The Signatories may introduce at trial or with motions or pleadings statistical information derived from PHI provided the statistical information does not contain sufficient data to allow identification of PHI to an individual. For example, a document showing the number of pregnant residents in custody at a particular time would not be excluded from evidence by the terms of this order.

6. This order does not limit the right of any party to object to the introduction of healthcare information on any ground, including failure to comply with the terms of this Order.

So Ordered.

*DP Marshall Jr.*
D. P. Marshall Jr.
United States District Judge

5 September 2018
Date

AGREED:

SUTTER & GILLHAM, P.L.L.C.
Attorneys at Law
P.O. Box 2012
Benton, AR 72018

By: /s/ Luther Sutter
Luther Oneal Sutter
501-315-1910 Office
501-315-1916 Facsimile
Luthersutter.law@gmail.com
Attorney for the Plaintiff

**Fuqua Campbell, P.A.**
Attorneys at Law
3700 Cantrell Road, Suite 205
Little Rock, Arkansas 72202
501-374-0200
Attorneys for Defendant,
 Correct Care Solutions, LLC

By: David M. Fuqua
Ark. Bar No. 80048
E-mail: dfuqua@fc-lawyers.com


/s/ Ken Cook
Ken Cook
(AR Bar I.D. No. 78030)
kcook@mwlaw.com
**MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.**
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
(501) 688-8800
*Attorneys for Defendants
 Stephen Cook and Makita LaGrant*

4