IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTINA MARZIALE, Individually and
as Mother of Baby Boy Marziale; and
DANA McLAIN, Administrator of the
Estate of Elaine Marziale                                    PLAINTIFFS

v.                    No. 5:18-cv-86-DPM

CORRECT CARE SOLUTIONS LLC;
MAKITA LAGRANT and STEPHEN
COOK                                                          DEFENDANTS

## ORDER

1. The Court notes the joint report from plaintiffs and non-party Arkansas Department of Community Corrections, № 46, about a discovery dispute. The Court directs the Clerk to update the docket. № 46 is not a generic status report. The Court also directs the Clerk to add Mr. Gillham as additional counsel for plaintiffs.

2. The Court orders ADCC to provide — subject to the Stipulated Protective Order, № 44 — the requested resident list and contact information. *№ 46 at 3 [items listed in category (2)]*. The Court designates all this information as confidential within the reach of the Stipulated Protective Order and protected by that Order. Plaintiffs are not entitled to information about ADCC employees' family members and

emergency contacts. ADCC has produced all other requested material in its possession.

* * *

Joint report, № 46, addressed.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 November 2018