# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CHRISTINA MARZIALE, Individually and
as Mother of Baby Boy Marziale; and
DANA McLAIN, Administrator of the
Estate of Elaine Marziale                                         PLAINTIFFS

v.                          No. 5:18-cv-86-DPM

CORRECT CARE SOLUTIONS LLC;
MAKITA LAGRANT; and STEPHEN
COOK                                                              DEFENDANTS

## ORDER

Request for hearing, № 70, granted. Subject to counsel's availability, hearing set for 7 February 2019 at 2 p.m., in Little Rock courtroom B155. Please advise chambers of any conflict. Motion to quash, № 73, granted for now. We will cover the Fowler deposition issues at the hearing; and the parties can reschedule the deposition if necessary after the Court decides. Response to № 73 due by 4 February 2019. We will also address the summary judgment motions, № 47 & 51, and the discovery dispute, № 69, at the hearing.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 January 2019