# LEGALPATH SERVICES, LLC
Perinatal and Pediatric Medical-Legal Consultation
1153 Bergen Parkway, STE #I-506
Evergreen, CO  80439-9501

April 22, 2019

Katherine L. Dzik
Hall Prangle and Schoonveld
200 South Wacker Drive, Suite 3300
Chicago, Illinois 606060

RE:  Marziale v Correct Care

Dear Ms. Dzik:  Thank you for allowing my continued involvement in the above referenced case.  The material reviewed, my professional biography and findings are as follows:

**Material Reviewed:**  I have reviewed select medical records from Spark's Women's Center, The Arkansas State Crime Laboratory, Jefferson Regional Medical Center, The Arkansas Department of Correction, the pathology report and slides from the original placental examination (Jefferson Regional Medical Center, S-15-04438), the autopsy, photographs and placenta report and slides from the Arkansas State Crime Laboratory (ME-1002-15) and the deposition of Dr. Kokes, M.D.

**Brief Professional Biography:** I have been a practicing pediatric and perinatal pathologist for 28 years. I attended medical school at the University of Colorado where I also undertook my residency in Anatomic Pathology. A 4th year was spent in Clinical Genetics, followed by a 2-year fellowship in Pediatric and Perinatal Pathology at the University of British Columbia Women and Children's Hospitals. I am board certified in Anatomic and Pediatric Pathology by the College of American Pathology. I am a Fellow of the American College of Pathology.

I began my clinical practice at Kosair Children's Hospital and the University of Louisville (1990-1993). I then practiced perinatal and pediatric pathology in the Denver community for 20 years (The Children's Hospital 1993-1998) (UniPath, a multispecialty pathology group that staffed 8 Denver Colorado metro hospitals including Rocky Mountain Hospital for Children 1999-2014. I then served as Chief Medical Officer for CombiMatrix (2014) until I began my current position of Pediatric and Perinatal Pathologist for Colorado Pathology Consultants, which covers four Denver area hospitals in May 2015. My current CV is attached. I have performed over 1500 fetal autopsies, over 20,000 placental examinations and approximately 150 hysterectomy specimens for complications of unexpected pregnancy outcome. I have consulted on legal matters regarding abruption, complications of twining, fetal thrombotic vasculopathy, chorioamnionitis, and other causes of fetal injury and demise.

**Brief Clinical History:**

Ms. Marziale was 34 years old, G1 P0 female at 35 week gestation (based on last menstrual period of February 1, 2015) with known twin pregnancy. She had been incarcerated at the South East Arkansas Community Correction Center in Pine Bluff, Arkansas. She has a known history of methamphetamine use

1

prior to incarceration, smoking and upper GI symptomatology. Her group B streptococcus status was unknown. She had received prenatal care at Spark's Women's Care.

On the morning of October 4, 2015, she complained of nausea and vomiting of blood that had begun at approximately 2300 hours the prior evening (10/3/15). At time of complaint, her blood pressure was 113/79 and heart rate was 125. She reported that "she could not feel one twin moving". She was transferred to Jefferson Regional Medical Center via correctional transport and admitted at 0737 hours on October 4, 2015. Upon evaluation, her blood pressure was 97/67, pulse 100 and pulse oximetry of 99%. Her hemoglobin and hematocrit were noted as 8.8 and 28.6 respectively (10/4/15 at 0820). There was fetal bradycardia of the viable twin (twin A, male) and absence of fetal heart tones of twin B (female). Membranes were noted as intact and no meconium present. No vaginal bleeding was present. Rupture of membranes was documented at 0843 at delivery which occurred at 0843 hours. Delivery was by emergent cesarean section. Twin A had Apgar scores of 1 and 2 at 1 and 5 minutes respectively and a weight of 2097 grams. Twin B had Apgar scores of 0, 0 at 1 and 5 minutes respectively. Resuscitation for 1 hour was undertaken without success. The fetus had a weight of 1786 grams. After extended resuscitation attempts, the fetus was pronounced. As per the operative report, blood loss was 500-600 ml and the placenta was manually removed. No initial note of blood clot, abruption or other abnormalities was noted. Of note, no history of vaginal bleeding was documented prior to admission. Blood pressure during delivery was noted as 54/27. Subsequent notes indicate that "moderate clots were expressed, consistent with abruption".

After delivery, the upper gastrointestinal bleeding continued, and Ms. Marziale underwent an upper gastrointestinal endoscopic evaluation. At that time, severe esophagitis with bleeding ulcers were noted, extending from 25 cm to the GE junction. Black blood was noted in the lumen of the stomach. She was supported by arterial line placement and transfusion of blood products and whole blood. After the upper GI procedure, vaginal bleeding was noted and disseminated intravascular coagulation considered. She received blood products. Laboratory studies revealed a nucleated red blood cell count of 4. She subsequently had decreased O2 saturations and was empirically treated for pneumonia. She was discharge back to the correction facility on day 6 after delivery. Her discharge hemoglobin and hematocrit were 10.5 and 31.4 respectively.

**Gross Pathology of Fetus and Placenta and supplied photographs: ME-1002-15, S-15-04438 (Drs. Kokes M.D., and Wheeler M.D.):**

Review of the photos obtained at time of the autopsy performed at the State Crime Laboratory, Little Rock, Arkansas, reveal a previously autopsied female fetus identified as ME 1002-15. An ID tag is also around the left ankle. The autopsy incisions appear standard and are sutured closed with string. The skin is mottled without evidence of blistering or slough. The feet have black ink present for printing. The scalp has brown black hair with normal patterning. The face appears normally formed. The lips are cyanotic. The upper extremity nail beds are cyanotic. Flexion creases, where visualized are normal. The back is intact. There is a sutured incision in the right lateral lower back of unknown reason. No epidermal slough of the skin is present where previously incised and sutured. Photographs of portions of intestinal tract, diaphragm, kidneys, adrenal glands, liver, lungs and probable thymus show no distinct developmental anomalies. Possible petechial hemorrhages are noted on the lungs and thymus. All are of normal color or congested without gross evidence of maceration.

The photographs of the previously examined placenta are identified as ME 1002-15. The twin placenta has been fixed and re-approximated. Two discs, two umbilical cords and membranes are present. No cord clamps or other identifying marks are present to designate side "A" or "B". One of the discs has a stump of umbilical cord inserting near the margin with a prominent twist. The fetal surface vessels appear dilated. No distinct thrombi are evident. The cut surface of the parenchyma appears more congested than

the other side. The fetal surface vessels of the other disc also appear dilated. No distinct thrombi are visualized. Photographs of the unoriented maternal surfaces appear similar without significant adherent blood clot, evidence of parenchymal compression or infarction. The minimal blood that is present appears acute and without associated compression or infarction. Photographs of the undesignated umbilical cords demonstrate similar diameters; however, one cord has more prominent twisting

From Dr. Kokes' autopsy report (ME-1002-15) the external examination of the previously autopsied female fetus revealed a weight of 1070 grams (without internal organs), crown-rump length of 29 cm (normal = 31.0 cm), crown-heel length of 42.5 cm (normal = 43.2 cm). Internal organ weights are given but not reliable due to previous evaluation. Not all organs are identified. No noted developmental anomalies were present. No evidence of maceration, hemorrhage or infection is noted in the report.

The placenta was examined twice.

The initial examination (S-15-04438, Dr. Wheeler M.D.) revealed a formalin fixed, 915 gram (trimmed weight v untrimmed weight) twin placenta. Two umbilical cords are described without designation as to side "A" or "B". One cord is 44 cm in length, the other 32 cm. Both have three vessels. The membranes are described as gray-tan and semi translucent. The dividing membrane and insertion into the placental discs are not described. The maternal surfaces are described as "well formed cotyledons without discrete abnormalities". No slide key is provided for sections obtained.

The second examination undertaken at the time of the autopsy by Dr. Kokes, M.D. (ME 1002-15) describes a previously dissected twin placenta and umbilical cord segments. The discs are fused by membranes only. No designation to side is present and the are arbitrarily designated "A" and "B" by Dr. Kokes. The weight is given at 840 grams but not noted if including membranes and cord stumps. (Normal weight for 35 wga twin placenta = 558-971 grams). The previously examined placenta is roughly re-approximated. The arbitrarily designated "A" measures 15 x 11 x 3 cm and has an eccentric insertion of a 3.5 cm umbilical cord. The amnionic and chorionic surfaces were smooth and without abnormalities. No adherent blood is described. The fetal surface is not specifically described. The maternal surface is described with minimal blood. The cut sections are without noted abnormalities. The arbitrarily designated side "B" measures 15 x 12 x 4 cm. The cord is 6.0 cm in length and inserts eccentrically. The amnionic and chorionic surfaces were smooth and unremarkable. The fetal surface is not specifically described. The maternal surface is described with normal cotyledons with "several small focal areas on the surface of this disk did show some adherent blood clot". The cut sections are without abnormalities. No compression or indentation of parenchyma, hemorrhage into the membranes, differential discoloration between the discs or other abnormalities are described by Dr. Kokes. Additional cord sections measuring 2 cm, 3.5 cm, 24 cm and 37 cm were noted. All had three vessels and no thrombus or other abnormalities noted. No slide key is given in the final report to distinguish the sections from arbitrarily designated "A" or "B". In the autopsy work sheet, they are designated on a hand written diagram as follows:

Sections from "A" – 1, 5, 6, 7, 9
Sections from "B" – 2, 3, 4, 8, 10

**Microscopic pathology of fetus and placenta (S-15-04438 and ME-1002-15): (R. Weslie Tyson, MD):**

**S-15-0048 Placenta only:**

1A-1 (Cord, Membranes): The umbilical cord has three vessels without inflammation, thrombus formation or myonecrosis. The membranes are free of inflammation, decidual necrosis or blood clot. A rare macrophage with meconium is noted. No inflammatory debris or blood is present along the surface. No uteroplacental vessels are present for evaluation.

1B-1 (Marginal section with insertion of dividing membranes): There is focal acute blood along the fetal surface. The maternal surface has no adherent blood and is free of decidual necrosis, vasculopathy or inflammation. There is moderate villous ischemic change without infarction. No villitis, viral cytopathic effect or metabolic storage product is present. There is mild villous congestion without edema or intravillous hemorrhage. No maternal response to ascending infection is present. No fetal surface vessels are present in the section.

1C-1 (Cord, Membranes): The three vessel umbilical cord has similar features to the section in 1A. The membrane section is from the dividing membranes and dichorionic in nature. No inflammation or blood is present.

1D-1 (Maternal surface, Parenchyma): There is no fetal surface present in the section. The same degree of villous ischemic change is noted as in 1B-1. Villous congestion is more prominent and a possible focus of intravillous hemorrhage is noted. The decidua is without adherent blood clot, necrosis or inflammation.

Of note: All parenchymal sections show identical histology with the exception of variable congestion. No thrombi or evidence of fetal vascular nuclear karyorrhexis is present.

**ME 1002-15 Autopsy and placenta:**

Multiple sections designated by similar numbers. Arbitrarily designated A, B and occasional B2 by RWT with placental designations as "A" or "B" per Dr. Kokes' autopsy work sheet. Some of the slides are received broken.

1A (spleen x2): The spleen is congested and without maceration/autolytic change. No viral or metabolic process is present. Foci of extramedullary hematopoiesis is noted.

1B (Placenta "A"): The fetal surface and stem villous vessels are dilated. No organized thrombi or lesions of hemorrhagic endovasculopathy are present. There is moderate villous ischemic change present without viral or metabolic changes. Focal intervillous fibrin deposition is present without associated villous infarction. A very rare circulating nucleated red blood cell is noted. No maternal or fetal response to ascending infection is present. No maternal surface is present in the section. No fetal vasculature nuclear karyorrhexis is present.

2A (Thymus): The thymus demonstrates normal architecture and placement of Hassell corpuscles. No stress change or maceration/autolysis is present. Prominent petechial hemorrhages are present throughout the section.

2B (Placenta "B"): Same histology as 1B with slightly less staining (artifact). No additional findings.

3A (Placenta "B"): Same as 2B. Acute blood is present along the decidual surface without associated decidual necrosis, underlying villous compression, villous infarction, intravillous hemorrhage or hemosiderin deposition.

3B (Liver): There is minimal maceration/autolysis present. Portal and central regions are normally developed with focal sinusoidal congestion. No viral or metabolic changes are noted. Ongoing extramedullary hematopoiesis is present.

4A (Lung): Development is normal for late third trimester. There is prominent amnionic debris within distal airspaces. Generalized congestion with focal interstitial hemorrhage is noted. Focal interstitial emphysematous clearing (pulmonary interstitial emphysema) is noted. No viral change or luminal

inflammation is present. Minimal maceration/autolysis is noted with all tissues intact and only slight bronchial epithelial sloughing.

4B (Placenta "B"): Sections include the maternal surface and parenchyma. The histology is the same as seen in 3A.

5A (Placenta "A"): Sections include maternal surface and parenchyma. The sections are similar to 3A with the exception of a small parenchymal acute infarction, not associated with the maternal surface, decidual abnormalities or inflammation.

5B x2 (Lung): The multiple lung sections show similar features to 4A.

6A (Kidney): There is normal histologic anatomy with ongoing glomerulogenesis that is nearly complete consistent with gestational age of 35 weeks. There is prominent loss of proximal tubule epithelium with intact nuclear staining. Central congestion and hemorrhage are present. No viral cytopathic change or renal cystic change is present.

6B (Placenta "A"): The section is of maternal surface and parenchyma. Similar histology to 3A is noted with a microscopic region of avascular chorionic villi noted.

7A (Cord "A"):  The umbilical cord section demonstrates a dilated and thinned umbilical vein without organizing thrombus. There is acute hemorrhage into Wharton jelly surrounding all vessels. A rare circulating nucleated red blood cell is noted. No inflammation is present.

7B (Kidney): Same histology as 6A with slightly more prominent interstitial hemorrhage. No loss of tubular epithelial nuclear staining is present.

8A (Uterus, Tongue): Sections reveal normal microscopic anatomy without inflammation or viral changes. Vascular congestion with focal interstitial hemorrhage is noted.

8B (Cord "B"): Sections are similar to 7A except the umbilical vein is not dilated and there is no hemorrhage into Wharton jelly present. A rare circulating nucleated red blood cell is noted.

9A (Membranes "A"): The section is of fetal membranes with the amnion stripped. No decidual necrosis, uteroplacental vasculopathy, inflammation, hemosiderin or meconium is noted.

9B (CNS): Sections reveal deep gray matter and cortex with early/minimal maceration/autolysis. Vascular congestion without hemorrhage is present. Neuronal migration appears normal. No viral or metabolic changes are present.

10A x2 (Tongue): Sections are similar to 8A.

10B (Membranes "B"): Sections are similar to 9A.

Note: All placental sections have similar histology and cannot be distinguished from each other as to from viable or demised twin.

**Interpretation:**

A: Possibly small for gestational age (35 week), non-macerated female fetus, twin (ME 1002-15):
1.   Discrepant weight at delivery noted as 1786 grams v 2097 gram viable male twin.

      a.   Estimated fetal weights at ultrasound (8/19/15) B > A.
      b.   Estimated fetal size at ultrasound (8/26/15) B > A.
2.  Crown-heel and crown-rump lengths consistent with 33-34 week size at time of autopsy.
3.  Evidence of acute intra-uterine stress event:
      a.   Prominent thymic petechial hemorrhages.
      b.   Increased amnionic debris within distal air spaces.
      c.   Prominent acute tubular necrosis.
4.  No evidence of viral or bacterial infection.
5.  No described developmental abnormalities noted.
6.  Autopsy performed 9 days after delivery and after previous partial autopsy.

B: Appropriately grown for 35 week gestational age (between 10th and 90th percentiles), dichorionic diamniotic twin placentas, separate discs with fused dividing membrane (S-15-04438 and ME 1002-15):
1.  Placental discs not identified as to side:
      a.   Placental discs not designated as per twin "A" or "B" at delivery.
      b.   Placental discs not designated as per twin "A" or "B" at initial examination (S-15-04438).
      c.   Placental discs arbitrarily designated as "A" and "B" at second examination (ME 1002-15).
2.  Clinical concern for abruption as cause of fetal demise:
      a.   No vaginal bleeding reported prior to delivery.
      b.   No note of retroplacental clot, abnormal bleeding or bloody amnionic fluid at delivery.
      c.   Vaginal bleeding and suspected disseminated vascular coagulation noted after delivery.
      d.   No gross or microscopic confirmation of abruption identified in placental photographs and histology sections (see discussion).
      e.   No maternal or fetal response to ascending amnionic infection.
3.  Dilated stem villous vessels with variable villous congestion:
      a.   Rare avascular chorionic villi.
      b.   Focal, possible intravillous hemorrhage.
      c.   No lesions of hemorrhagic endovasculopathy or organized thrombi.
      d.   One, undesignated umbilical cord with more prominent twisting (photograph ME 1002-15).
4.  Moderate villous ischemic change involving all parenchymal sections with focal acute villous infarction (occupying less than 5% of parenchymal volume).
5.  No villitis, viral cytopathic effect or metabolic storage product identified.

**Comment:**

This possibly small for 35 week, non-macerated female fetus was delivered emergently to a 34 year old primigravida. The twin pregnancy had been noted and followed with prenatal care. The mother was incarcerated approximately 1 month prior to delivery. She has a history of cigarette smoking, methamphetamine use and poor weight gain during the pregnancy. The evening prior to delivery she complained of nausea and vomiting of blood. The next morning, she was transferred to Jefferson Regional Medical Center. Initial evaluation revealed low blood pressure and hemoglobin and hematocrit values of 8.8 and 28.6 (0820 hours) respectively. The membranes were intact and no vaginal bleeding noted. Monitoring and ultrasound confirmed absent heartbeat of twin B and severe bradycardia of twin A. She underwent emergent cesarean section with delivery. At delivery, a "moderate amount of blood clots" were noted, but relationship to the placenta not given. The female twin (B) was born with Apgar

scores of 0. Resuscitation was attempted for approximately 1 hour and was unsuccessful. The viable male twin (A) survived. Follow up history of this infant is unknown.

After delivery, she continued to vomit "lots" of coffee ground material and underwent upper GI endoscopy and was diagnosed with severe esophagitis and esophageal ulcerations with blood clot present. A large hiatal hernia was also noted.

The cause of the fetal demise was clinically felt to be a placental abruption. Review of the medical records, clinical findings and pathology review supports a very acute abruption. No gross evidence of a chronic abruption can be identified from the photographs of the placenta obtained at time of autopsy. Specifically, no regions of parenchymal compression, adherent degenerating blood clot or villous infarction were seen on either arbitrarily designated disc. Histologic evaluation revealed that sections, independent of arbitrary designation, did not show any evidence to confirm an abruption of more than several hours. There was acute blood along the decidual surface of one of the discs and a microscopic region of acute villous infarction. These are common findings in near term to term placentas, and not diagnostic of abruption. If an acute abruption occurred, it was concealed and did not have time to alter placental morphology. Of note, the most common cause of abruption, chorioamnionitis, was not present either clinically or by histologic evaluation. As noted by Dr. Kokes, cigarette smoking, methamphetamine use, twin pregnancy and maternal anemia would all be predisposing factors for an abruption and have an additive effect on the uteroplacental attachment. His report and deposition indicate he has some knowledge of placental pathology but is not his area of expertise. An example of this is his conclusion that the "intrauterine demise was due to a combination of placental abruption and the mother's upper gastrointestinal hemorrhage". He assumes that there is an abruption, presumably from the notes of "moderate clots present" but does not differentiate an acute abruption (with no placental changes) from an abruption of hours to days of duration. Experienced placental pathologists would have made this distinction clear in their report. Dr. Kokes' report reads as if an abruption was diagnosed by placental examination, but gives no evidence as to timing of the event. There is also the arbitrary designation of the placental discs confusing as to which disc was the placenta from the deceased fetus. This arbitrary designation, with no pathologic support as to timing of the abruption, adds additional uncertainty to his report. There should have been conversation with the delivering physician, to at least try to identify the sides of the disc as to "A" and "B". As his report reads, there is no pathologic evidence of abruption, no timing given to the abruption, and uncertainty to which disc belongs to the demised twin.

The cause of demise is very acute in nature, less than 3-4 hours prior to delivery. This is supported by the clinical history of attempted resuscitation after delivery for approximately 1 hour, no external evidence of maceration (skin slippage) and no microscopic evidence of longer standing demise (no maceration), even with autopsy performed 9 days after delivery. The timing of the autopsy would explain the minimal degree of autolysis identified in some organs. The histology of placental sections is identical and cannot be distinguished between arbitrarily designated sides "A" and "B". There is no early break down of fetal vasculature endothelium, again supporting a very acute demise.

With the clinical history of maternal smoking and previous methamphetamine use, there was likely a decreased uteroplacental perfusion, that would be present throughout the pregnancy. This is evidence by a moderate degree of villous ischemic change identified in all parenchymal sections of the placenta. Both cigarette and methamphetamine use decrease uteroplacental perfusion. The implantation of the demised twin's placenta may have also been less well perfused, suggested by the significantly discrepant infant's weights at delivery and the change in size of the fetuses from earlier ultrasound. Namely, Twin B larger in ultrasounds done August 19th and 26th, 2015 and significantly smaller at time of delivery. When the very acute abruption occurred, decreased uteroplacental perfusion would be the most likely cause and secondary to maternal substance abuse and likely abnormal implantation of the disc belonging to twin B. The abnormal perfusion would have been further altered by the maternal anemia due to the severe erosive

esophagitis. This process predated the delivery by day(s) as supported by a decreased hemoglobin and hematocrit and elevated maternal nucleated red blood cells noted on laboratory studies at time of the presentation to the hospital. The severe esophagitis had been reported by the mother and she was receiving therapy.

An alternative explanation of the acute demise of baby girl Marziale may be due to an umbilical cord accident. This is supported by the prominent thymic petechial hemorrhages, increased amnionic debris in the distal airspaces, one umbilical cord being hyper coiled compared to the other and dilated and congested fetal surface and stem villous vessels with focal avascular chorionic villi. Unfortunately, the discs were not designated at time of delivery. If a cord accident was the cause of demise, it also was very acute as other organized lesions of fetal thrombotic vasculopathy were not present in the histologic evaluation of the placenta. This process would have been undetectable by the mother or care givers prior to her admission and delivery of the twins.

All opinions are expressed to a reasonable degree of medical certainty. If the case progresses, I will use the photographs obtained at time of autopsy, photomicrographs from the placenta and autopsy slides, along with teaching photographs to explain the cause of demise of fetus Elaine Marziale and the concepts of placental function and pathologic processes that effect placenta function and fetal injury to the jury. I reserve the right to supplement my opinions based upon the receipt of additional information.


If I may be of additional help, please do not hesitate to contact me via phone or email.


Sincerely,

R. Weslie Tyson, M.D.
Pediatric and Perinatal Pathologist

**CURRICULUM VITAE**
R. Weslie Tyson, M.D.

2364 Foothills Drive South     Birth:  Denver, CO 12/02/1957
Golden, CO 80401
(949) 255-1581 (Work)      Spouse:  Sue Russell-Tyson
(303) 526-0925 (Home)      Children:  Amelia, Sarah

**EDUCATION**   British Columbia Children's Hospital
Department of Anatomic Pathology
Vancouver, B.C., Canada

    Fellowship in Pediatric Anatomic Pathology:
July 1, 1988 – June 30, 1990

University of Colorado School of Medicine
Department of Pathology
Denver, Colorado, USA

    Pathology Internship:  July 1, 1984 – June 30, 1985
Pathology Residency:  July 1, 1985 – June 30, 1987
Fellowship in Clinical Genetics:  July 1, 1986 – June 30, 1987
Pathology Chief Resident:  July 1, 1987 – June 30, 1988

University of Colorado School of Medicine
Denver, Colorado, USA

    Doctor of Medicine with Honors:  May 1984

University of Denver
Denver, Colorado, USA

    Bachelor of Science in Chemistry with Honors:
June 1980

**HONORS AND AWARDS**

    James R. Petersdorf Community Trust Fund:
Comparison of the Ultrastructure of the Cremasteric Muscle-Scrotal Interface in Normal and Cryptorchid Rats.
Co-Investigator, total award $50,000.

    Genetic and Environmental Causes of Celiac Disease:
National Institute Health and Human Service.  Principal Investigator:  M. Rewers.  Total award $1,200,000.
1995 – 1998.

1

Fellowship:
       Best presentation of Abstract, Ped Path Society
       San Francisco, March 5, 1989

Medical School:
       Academic Achievement Award:     1984
       Hippocrates Award Nominee:     1984

Undergraduate:
       Recognition Awards Department of Chemistry:  1976, 1979
       Union Carbide Summer Research Grant:  1979
       Honors Research Grant:     1979

**PROFESSIONAL SOCIETIES**

       Phi Beta Kappa:    1979 – present
       Alpha Omega Alpha:    1984 – present
       American Society of Human Genetics:   1986 – 1998
       Society for Pediatric Pathology:   1989 – present

**APPOINTMENTS/TEACHING EXPERIENCE**

       Colorado Pathology Associates, AmeriPath
       Lutheran Medical Center
       St. Joseph Medical Center
       Good Samaritan Medical Center
           Staff Pediatric/Perinatal Pathologist   May 2015 – Present.
       Rose Medical Center
       Sky Ridge Medical Center
       Denver, Colorado
           Staff Pediatric/Perinatal Pathologist   May 2015 – January 2017.

       Chief Medical Officer
       CombiMatrix
       Irvine, California      April 2014 – December 2014

       UniPath, American Pathology Partners
       Rocky Mountain Hospital for Children/Presbyterian/St. Luke's Medical Center
       Denver, Colorado, USA
           Staff Pathologist     1999 – 2014

       North Suburban Medical Center
       Medical Center of Aurora
       Littleton Adventist Hospital
       Porter Adventist Hospital
       Denver, Colorado, USA

Staff Pathologist                     2000 – 2014
Avista Medical Center              2000-2013

The Children's Hospital and
The University of Colorado School of Medicine
Denver, Colorado, USA
    Staff Pathologist               1993 – 2009
    Clinical Assistant Professor, Department of Pathology
                                       1994 – 1998

Kosair Children's Hospital and
University of Louisville School of Medicine
Louisville, Kentucky, USA
    Staff Pathologist and
    Assistant Professor, Departments of Pediatrics and
    Pathology                     1990 – 1993

University of British Columbia
Vancouver, British Columbia, Canada
    Clinical Instructor, Department of Pathology
                                       1989 – 1990

## COMMITTEES

Library Committee, NKC:   1991 – 1993
Infection Control Committee, NKC:   1991 – 1993
Ad Hoc AIDS Committee, NKC:   1991 – 1993
Ambulatory Care Committee, NKC:   1991 – 1993
Department of Pathology Chair Search Committee, TCH:
                                       1996 – 1997
Childhood Oncology Pathology Responsible investigator
and Chair Children's Oncology Program, PSL: 2007-2014.
Continuing Medical Education, PSL: 2009-2013.
Peer Review Committee, PSL/RMHC: 2010 - 2014

Quality Management Committee: Rocky Mountain Hospital
                        For Children: 2010-2013.
Mortality QMCA subcommittee: Rocky Mountain Hospital
                        For Children: 2010-2013.
Pediatric Development Service Line: Sky Ridge Medical
Center/Rocky Mountain Hospital for Children: 2015-present.

## PROFESSIONAL SERVICE/SOCIETIES

Colorado Society of Clinical Pathologists, Member
                        2000 – 2007
    Board Member at Large    2003 -  2005

3

Colorado Chapter National Kidney Foundation:
  Board Member  2003-January 2006
Presbyterian/St. Luke's Medical Technology Education
Fund, Board Member  2000 – 2007
UniPath Pediatric Search Committee Chair – 2002, 2006
Society for Pediatric Pathology, CME Coordinator:
  1996 – 2000
Ad Hoc Reviewer Adolescent & Pediatric Gynecology:
  1991 – 1993
Ad Hoc Reviewer American Journal Medical Genetics:
  1989
Ad Hoc Reviewer Cancer:  1998, 1999
Ad Hoc Reviewer Medical and Pediatric Oncology:
  1997 – 1999

## CERTIFICATION

Diplomat National Board of Medical Examiners:1985
Diplomat American Board of Pathology (Anatomic): 1988
Diplomat American Board of Pathology (Pediatric
  Pathology:  1990

## LICENSES

Medical License State of Colorado (#27968)
Medical License State of New York (#275432-1)
  (inactive 2016)

## Professional Malpractice:

Quest Diagnostics 2015

## PUBLICATIONS

1. Schliech T, Wickstrom E, Twomble K, Schmidt B, **Tyson W.**
   Circular Dichroism Study of *Escherichia Coli* Translation
   Factor 3 Binding to Nucleic Acids. Biochemistry 1980;19:4486-
   4492.
2. **Tyson W**, Wickstrom E. Rapid Purification of Radio-Labeled
   Trinucleotide Diphosphates by Reversed-Phase High-
   Performance Liquid Chromatography. Chromatography
   1980;192:485-489.
3. Wickstrom E, **Tyson W**, Newton G, Obert R, Williams E.
   Stoichiometry of Homopolynucleotide Binding to *Escherichia
   Coli* Translation Factor 3. Arch Biochem Biophys 1980;
   20909:296-300.
4. Berry R, Wilson H, Robinson J, Snadlin C, **Tyson W**, Campbell
   J, Porreco R, Manchester D. Smith-Lemli-Opitz and Miller-
   Dieker Syndrome in an Extended Family as a Result of a

4

Subtle Translocation (7:17)(q34:p13.1): Use of Computer Image Enhancement Techniques and High Resolution Analysis. American Journal Medical Genetics 1989;34:358-365.

5.  **Tyson W**, Anderson J, Wensley D, Fraser G. Atypical Staphylococcal Toxic Shock Syndrome: Two Fatal Pediatric Cases, Pediatric Infectious Disease Journal 1989; 8:642-645.

6.  Bendon RW, **Tyson RW**, Baldwin VJ, Cashner KA, Mimouni F, Miodownik M. Umbilical Cord Ulceration and Intestinal Atresia: A New Association? American Journal Obstet Gynecol 1991;164:582-86.

7.  Popek EJ, **Tyson RW**, Miller GJ, Caldwell SA. Prostate Development in Prune Belly Syndrome (PBS) and Posterior Urethral Valves (PUV): Etiology of PBS-Lower Urinary Tract Obstruction or Primary Mesenchymal Defect? Pediatric Pathology 1991;11:1-30.

8.  Wargowski DS, Chitayat D, **Tyson RW**, Friedman JM. Lethal Congenital Muscular Dystrophy with Cataracts and a Minor Brain Anomaly: New Entity or Variant of Walker-Warburg Syndrome? Am J Med Genet 1991;39:19-24.

9.  Stephen TC, Younoszai MD, **Tyson RW**, Goff DB. Fibrosing Pancreatitis Associated with Pericholangitis and Cholangitis in a Child. J Ped Gastroenterol Nutr 1992;15:208-212.

10. **Tyson RW**, Manchester DK, Shikes RH, Ringel SP. X-Linked Myotubular Myopathy: A Case Report of Prenatal and Perinatal Aspects. Pediatr Pathol 1992;12:535-43.

11. Fallat ME, Oskin TA, Mitchell KA, **Tyson RW**. Ultrastructural Study of the Gubernacular-Scrotal Interface During Testicular Descent in the Newborn Rat. Clin Anat 1993;6:356-365.

12. **Tyson RW**, Groff DB. An Unusual Lateral Neck Cyst with the Combined Features of a Broncho-genic, Thyroglossal, and Branchial Cleft Origin. Pediatr Pathol 1993;13:56.

13. Oskin TA, Fallat ME, **Tyson RW**, Mitchell KA. Comparison of the Ultrastructure of the Cremasteric Muscle-Scrotal Interface in Normal and Cryptorchid Rats Following Division of the Neonatal Genitofemoral Nerve. Clinical Anatomy 1994;7:235-245.

14. Sondheimer J, **Tyson W**, Sokol R, Narkewicz M. Anastomotic Ulcers in Patients With Necrotizing Enterocolitis. J Pediatr 1995;127-225-30.

15. Alonso EM, Sokol RJ, Hart J, **Tyson RW**, Narkewicz MR, Whitington P. Fulminant Hepatitis Associated with Centrilobular Necrosis in Young Children. J Pediatr 1995;127:888-94.

16. Arcellana RC, Robinson TW, **Tyson RW**, Joyce MR. McKusick-Kaufman Syndrome With Lethal Complications of Hydrometrocolpos and Congenital Endometriosis. J Perinatology 1996;16:220-3.

17. Hobbins JD, **Tyson W**, Electronic Fetal Monitoring in Predicting Cerebral Palsy.  Letter.  N Engl J Med 1996;335:287.

18. Holcomb RG, **Tyson RW**, Ivy DD, Abman SH, Kinsella JP. Congenital Pulmonary Venous Stenosis Presenting as Persistent Pulmonary Hypertension of the Newborn.  Pediatric Pulmonology 1997;28(4):301-6.

19. Leavey PJ, Odom LF, Poole M, McNeely I, **Tyson RW**, Haase GM.  Intra-Operative Radiation Therapy in Pediatric Neuroblastoma.  Med Pediatr Oncol 1997;28:424-8.

20. Thureen PJ, Hoffenberg A, Hall DM, **Tyson RW**.  Fatal Meconium Aspiration Despite Appropriate Airway Management: Pulmonary and Placental Evidence of Prenatal Disease.  Am J Obstet Gynecol 1997;176:967-975.

21. Duke BJ, **Tyson RW**, Freeman JE, Winston KR.  Balamuthia Mandrillaris Meningoencephalitis Presenting with Acute Hydrocephalus.  Pediatr Neurosurg 1997;26:107-11.

22. Palmer AL, Rotbart HA, **Tyson RW**, Abzug MJ.  Adverse Effects of Maternal Enterovirus Infection on the Fetus and Placenta. J Inf Dis 1997;176:1437-44.

23. Boris JR, Hollister RJ, **Tyson RW**, Wolfe RR.  Severe Aortic Regurgitation With Mechanical Prosthetic Valve Replacement in Pauciarticular Juvenile Rheumatoid Arthritis. J Rheumatology 1998;25(6):1211-4.

24. Tyler KL, Sokol RJ, Oberhaus SM, Le M, Karrer FM, Narkewicz MR, **Tyson RW**, Murphy JR, Low R, Brown WR.  Detection of Reovirus RNA in Hepatobiliary Tissues From Patients With Extrahepatic Biliary Atresia and Choledochal Cysts. Hepatology 1998;27(6):1475-82.

25. Ivy DD, Neish SR, Knudson OA, Nihill MR, Schaffer MS, Wiggins JW, **Tyson RW**, Abman SH, Valdes-Cruz L.  Intravascular Ultrasonic Characteristics and Vasoreactivity of the Pulmonary Vasculature in Children with Pulmonary Hypertension.  Am J Cardiol 1998;81(6):740-8.

26. Feranchak AP, **Tyson RW**, Narkewicz MR, Karrer FM, Sokol RJ. Fulminant Epstein-Barr Viral Hepatitis:  Orthotopic Liver Transplantation and Review of the Literature. [Review] [39 refs]  Liver Transplantation & Surgery 1998;4(6):469-76.

27. Kappy M, Kummer M, **Tyson W**, Caldwell S, Kleman G. Pathological Case of the Month.  Osteoma Cutis/Pseudohypoparathyroidism.  Archives of Pediatrics & Adolescent Medicine 1999;153(4):427-8.

28. Mierau GW, **Tyson RW**, McGavran L, Parker NB, Partington MD.  Astroblastoma: Ultrastructural Observations on a Case of High-Grade Type.  Ultrastructural Path 1999;23(5):325-32.

29. Holve S, Hu D, Shub M, **Tyson RW**, Sokol RJ.  Liver Disease in Navajo Neuropathy.  J Pediatrics 1999;135(4):482-93.

30. Madsen JR, Partington MD, Hay TC, **Tyson RW**. A 2-month Old Female Infant with Progressive Macrocephaly and Irritability – Clinical Conference. Pediatric Neurosurgery 1999;30(3):157-63.

31. Bove KE, Daugherty CC, **Tyson W**, Mierau G, Heubi JE, Balistreri WF, Setchell KD. Bile Acid Synthetic Defects and Liver Disease. [Review] [38 refs] Pediatric & Developmental Path 2000;3(1):1-16.

32. Ingram JD, Yerushalmi B, Connell J, Kerrer FM, **Tyson RW**, Sokol RJ. Hepatoblastoma in a Neonate: a Hypervascular Presentation Mimicking Hemangioendothelioma. Pediatric Radiology 2000;30(11):794-7.

33. Cadnapaphornchai MA, Ford DM, **Tyson RW**, Lum GM. Cystic Renal Lymphangiectasia Presenting as Renal Insufficiency in Childhood. Pediatric Nephrology 2000;15(1-2):129-31.

34. Abzug MJ, **Tyson RW**. Picornavirus Infection in Early Murine Gestation: Significance of Maternal Illness. Placenta 2000;21(8):840-6.

35. Abzug MJ, **Tyson RW**. Protection of Murine Gestational Tissues from Picornavirus Infection in the Preimplantation Period. Placenta 2000;21(4):422-6.

36. Galan HL, Regnault TR, LeCras TD, **Tyson RW**, Anthony RV, Wilkening RB, Abman SH. Cotyledon and Binucleate Cell Nitric Oxide Synthase Expression in an Ovine Model of Fetal Growth Restriction. J Applied Physiology 2001;90(6):2420-6.

37. Galan HL, Regnault TRH, LeCras TD, **Tyson RW**, Anthony RV, Wilkening RB, Abman SH. Cotyledon and Binucleate Cell Nitric Oxide Synthase Expression in an Ovine Model of Fetal Growth Retardation. J Appl Physiol 2001;90:2420-26.

38. Galan HL, **Tyson RW**, Bennett M, Owens G, Accurso F, Regnault TRH, Hobbins JC, Schaack J. Inefficient Retroviral Transduction of Sheep in Utero Following Injection of Packaging Cells. Am J Obstet Gynecol 2002;187:469-74.

39. Galan HL, **Tyson RW**. In Utero Breathing as Demonstrated by Colloidal Iron: A Sheep Model. Submitted for publication, 2003.

40. Tissot van Patot M, Grille A, Chapman P, Broad E, **Tyson RW**, Heller DS, Zumudio S. Remodeling of Uteroplacental Arteries is Decreased in High Altitude Placentas. Placenta 2003;24:1-10.

41. Silliman CC, **Tyson RW**, Wei Q, Karrer FG, Davies SM, Blake M., McGavran L. Acute Philadelphia Chromosome Positive Leukemia in an Adolescent Male Following Liver Transplantation. J Pediatr Hematol Oncol. Manuscript submitted 2002.

42. Tezak Z, Prandini P, Boscaro M, Marin A, Devaney J, Marino M, Fanin M, Trevisan CP, Park J, **Tyson RW,** Finkel R, Carcia C,

Angelini C, Hoffman EP, Pegoraro. Clinical and Molecular Study in Congenital Muscular Dystorphy With Partial Laminin alpha-2 (LAMA2) Deficiency. Human Mutation 2003;21:101-11.

43. Pollack J, Moise K, **Tyson RW,** Galan HL. The Role of Fetal Breathing Motions Compared with Gasping Motions in Pulmonary Airway Uptake of Intra-amniotic Iron Dextran. Am J Obstet Gynecol 2003;189:958-62.

44. Mierau G, **Tyson RW,** Freehauf CL. Role of Electron Microscopy in the Diagnosis of Mitochondrial Cytopathies. Pediatric and Developmental Pathology 2004;7:637-640.

45. **Tyson RW**, Staat BC. The Intrauterine Growth-Restricted Fetus and Placental Evaluation. Semin Perinatol 2008;32:166-171.

46. Sahoo T, Dzidic N, Strecker MN...**Tyson RW,** et al. Comprehensive genetic analysis of pregnancy loss by chromosomal microarrays: outcomes, benefits and chanlleges. Genetics in Medicine. On line publication June 23, 2016.

47. Penzenstadler KP, McDuffie R, Marzec N, **Tyson RW,** et al. Congenital Zika syndrome resulting in neonatal death in the United States. 2017. Submitted for publication.

**PUBLICATIONS (non peer review)**

1. **Tyson RW**, Manchester D.  Pathologic Aspects of Fetal Death. Clinical Obstetrics Gynecology 1987;30:331-341.

2. **Tyson RW**.  Placental Pathology:  A Changing Perspective. University of Louisville PCC News.  1992;19:13.

**ABSTRACTS**

1. **Tyson RW**, Manchester D, Shikes R.  Prenatal and Perinatal Aspects of X-Linked Myotubular Myopathy.  Presented Society for Pediatric Pathology, Chicago, IL, March 10, 1987. (abs) Lab Investig 56:7p, 1987.

2. Popek E, **Tyson RW**, Miller G, Caldwell S.  Prostatic Development in Lower Urinary Tract Obstructive Lesions: Prune Belly Syndrome and Posterior Urethral Valves. Presented Society for Pediatric Pathology, San Francisco, CA, March 4, 1989.

3. Wargowski D, Chiayat D, **Tyson RW**, Ling EWY, Norman MG. Congenital Muscular Dystrophy:  What is the Spectrum?  A Report of an Atypical Case.  (abs)  Am J Hum Genet 45:A67,1989.

4. **Tyson RW**, Magee F, Taylor G, Roland E, Ling E, Solimano A, Dorovini-Zis K, Norman M.  Congenital Myopathies:  Three

Unusual Types with Similar Outcome.  Presented Society for Pediatric Pathology, March 5, 1989.

5. Connolly MD, **Tyson RW**, Roland EH.  Juvenile Cytoplasmic Body Myopathy:  A Distinct Clinical Entity?  Presented XXVth Canadian Congress of Neurological Sciences, Banff, Canada, June 27-30, 1990.

6. Mitchell KM, Donovan A, **Tyson RW**, Fallat ME.  Distribution of Fibronectin During Scrotal Development in Normal Cryptorchid Rats.  17th Annual Student Research Day, Health Sciences Center, University of Louisville, November 5, 1991.

7. Price L, **Tyson RW**.  Placental Pathology in Cocaine Using Mothers.  Best resident paper presented at Department of Obstetrics-Gynecology Resident Research Day, June 28, 1992.  Presented Pediatric Pathology Society, Louisville, KY, October 2-3, 1992.

8. Stewart DL, **Tyson RW**.  Use of Pediatric Extracorporeal Life Support (ECLS) in a Case of Non-Hodgkin's Lymphoma with Radiation Pneumonitis.  Presented Ninth Annual Children's Hospital National Medical Center ECMO Symposium, Keystone, CO, 1993.

9. Oskin TA, Fallat ME, Roussell BA, Mitchell KA, **Tyson RW**.  Development of the Scrotal Extra-Cellular Matrix in Normal and Cryptorchid Rats.  Presented Society for Pediatric Pathology, San Francisco, CA, March 12, 1994.

10. Oskin TA, Fallat ME, **Tyson RW**, Klueber KM, Hutson JM.  Comparison of Models of Cryptorchidism Provides Clues to Scrotal Development.  Presented Annual Meeting of the American Academy of Pediatrics, Urology Section, Dallas, TX, October 1994.

11. Lemler MS, **Tyson RW**, Stenmark KR.  Pulmonary Hypertension Induced Changes in the Biochemical Composition of Costameres and Intercalated Disks in Right Ventricular Myocytes.  Presented Society for Pediatric Research, New Orleans, LA, 1995.

12. Palmer AL, Abzug MJ, **Tyson RW**, Rotbart HA.  Increased Severity of Viral Myocarditis (MY) in Pregnancy.  36th Annual ICAAC, New Orleans, LA, 1996.

13. Greenfield D, Franklin WA, **Tyson RW**, Giller R, Shpall EJ.  CD34 Expression on Pediatric Solid Tumors.  Presented Am Soc for Ped Heme Oncol, Chicago, IL, November 1996.

14. Sokol RJ, Tyler KL, Oberhaus S, Low R, Le M, Smith D, **Tyson RW**, et al.  Presence of Reovirus RNA in Biliary Tissues of Children with Choledochal Cysts.  Presented American Society for the Study of Liver Disease, October 1996.

15. Krause GE, Sorensen D, Smith ME, **Tyson W**, Chan KH, Stool S.  Pain After Myringotomy & Tube Insertion:  An Unusual Case.  Presented Am Soc Ped Otolaryngol, Scottsdale, AZ, May 14-16, 1997.

16. Feranchak AP, Karrer FM, Narkewicz MR, **Tyson RW**, Sokol RJ. Successful Liver Transplantation (OLT) in a Child With Fulminant Hepatic Failure Due to Primary EBV Infection. Presented The North American Society for Pediatric Gastroenterology and Nutrition, Toronto, Ontario, 1997.

17. Freehauf RN, **Tyson RW**, Mierau G, Valdutiu G, Greene C. Review of Clinical History, Histopathology and Respiratory Chain Assays on a Series of 58 Patients Having Diagnostic Muscle Biopsy for Possible Oxidative Phosphorylation Defect. Presented International Conference on Mitochondrial Diseases, Philadelphia, PA, April 4-6, 1997.

18. **Tyson RW**, Ruyle SZ, Bass K, Harned R. Serous Pancreatic Cystadenoma in Children Under 1 Year of Age. Presented Society for Pediatric Pathology Fall Meeting, Minneapolis, MN, September 26-29, 1997.

19. Galan H, Schaack J, Owens G, Hawood A, **Tyson RW**, Abman S, Accurso F, Hobbins J. Intra-amnionic Retroviral-Mediated Gene Transfer in the Preterm Ovine Fetus. Presented Society of Perinatal Obstetricians 1998 Annual Meeting, February 2-7, Miami, Florida, Am J Ob Gynecol 178:1998;S2.

20. Galan HL, Horan M, LeCras TD, **Tyson RW**, Regnault TRH, Wilkening RB, Abman SH. Decreased Endothelial Nitric Oxide Synthase Protein Content in the Cotyledon of the Heat-Stressed Growth Restricted Ovine Fetus. Accepted for presentation SPO, April 1998.

21. Cahn DF, Odom L, **Tyson RW**, Koyle MA. Radiation Induced Testicular Mesotheliomas: A Secondary Tumor Risk for Long-Term Malignancy Survivors? Submitted for presentation: Urology meeting, Cancun, Mexico, 1998.

22. Yerushalmi B, **Tyson RW**, Ingram D, Sokol R. Infantile Hemangioendothelioma or Hepatoblastoma? Accepted for presentation: ESPGHAN-NASPGN 5th Joint Meeting, May 1998, Toulouse, France.

23. Galan HL, LeCras TD, **Tyson RW**, Regnault TRH, Jakkula M, Anthony RV, Wilkening RB, Abman SH. Cotyledon Endothelial Nitric Oxide Synthase Protein Content is Reduced in Early Gestation in the Heat-Stress Ovine Model of Intrauterine Growth Restriction. Poster Presentation. Society for Gynecologic Investigation, Atlanta, GA, March 10-13, 1999.

24. Galan HL, Schaack J, Owens GC, Hayward A, **Tyson RW**, Hobbins JC. Intraamniotic Retroviral-Mediated Gene Transfer in the Preterm Ovine Fetus. Plenary Oral Presentation. Society of Perinatal Obstetricians, 19th Annual Meeting, Miami Beach, FL, February 2-7, 1998.

25. Galan HL, Horan M, LeCras RD, **Tyson RW**, Regnault TRH, Wilkening RB, Abman SH. Decreased Endothelial Nitric

Oxide Synthase Protein Content in the Cotyledon of the Heat-Stressed, Growth Restricted Ovine Fetus. Oral Platform Presentation. APS/Society for Pediatric Research, New Orleans, LA, May 1-5, 1998.

26. Pollack J, Moise K, **Tyson RW**, Galan H. Amniotic Fluid Substances Move Into the Fetal Lung in a Time-Dependent Fashion Through Normal Fetal Breathing Motion, Not Hypoxic Gasping. Submitted 2002.

27. Tyson RW. Placental Examination: A Value Added Study. Timely Topics in Obstetrics and Neonatology. Denver, CO. November, 16, 2007.

28. Sahoo T, Strecker M, Mehta A, Dzidic N, Tyson RW, Hovanes, K. Comprehensive genetic analysis of pregnancy loss by chromosomal microarray: outcomes, benefits and chanllenges. Accepted ASHG, San Diego, CA October 18-22, 2014.

## BOOK CHAPTERS

1. **Tyson RW**, Kalousek DK. Chromosomal Abnormalities in the Stillborn and Newborn Infant. In: Dimmick JE, Kalousek DK, eds. Developmental Pathology of the Embryo and Fetus. Philadelphia: JB Lippincott, 1992.

2. **Tyson RW**, Norman MG. Pathology of Skeletal Muscle. In: Dimmick JE, Kalousek DK, et al. Developmental Pathology of the Embryo and Fetus. Philadelphia: JB Lippincott, 1992.

## INVITED LECTURESHIPS REVIEWS

1. Placental Pathology, Kentucky Society for Histotechnology, Louisville, KY, November 11, 1990.

2. The Pediatric Autopsy, Pediatric Grand Rounds, University of Kentucky, Lexington, KY, March 21, 1991.

3. Placental and Perinatal Pathology, 17th Annual High Risk Perinatal Conference, Louisville, KY, April 26, 1991.

4. Placental Pathology, Pediatric Grand Rounds, University of Louisville, December 3, 1991.

5. Introduction to Pediatric Cardiology for the Adult Echocardiographer. (Hewlett Packard Sponsored Conference), Seelbach Hotel, Louisville, KY, September 28-29, 1991.

6. The Placenta in Intrauterine Growth Retardation. High Risk Perinatal Conference, Louisville, KY, November 15-16, 1991.

7. Introduction to Pediatric Echocardiography for the Adult Sonographer. (Hewlett Packard Sponsored Seminar), Orlando, FL, September 25-27, 1992.

8. Placental pathology, Obstetric Grand Rounds, University of Louisville, December 5, 1992.

9. Pathologic Correlates in Echocardiography. Kentuckiana Cardiology Technologist's Association, Louisville, KY, July 30, 1992.

10. Perinatal Pathology, Outside Lectureship Series, Department of Pediatrics, Fort Knox, KY, July 16, 1992.

11. Placental Pathology, Owensboro, KY Medical Society, February 25, 1992.

12. Evaluation of Non-Immune Hydrops Fetalis, 18th Annual High Risk Obstetrics Conference, Louisville, KY, April 23-25, 1992.

13. The Pathologist's Contribution to Diagnosis of Inflammatory Bowel Disease. Second Annual Pediatric IBD Symposium, The Children's Hospital, Denver, CO, February 1996.

14. Pathology of Fetal Thoracic Abnormalities. The Ultimate in Ultrasound 1996. Presented by The Colorado Ultrasound Society. Denver, CO, November 2-3, 1996.

15. Pathology of the Placenta, the Heart, and Some Skeletal Dysplasias. The Fall Symposium. Presented by The Colorado Ultrasound Society, Denver, CO, November 1-2, 1997.

16. Clinical Pathologic Correlation of Fetal Pathology. The Ultimate in Ultrasound. The Colorado Ultrasound Society, Denver, CO, November 7-8, 1998.

17. Placental Pathology, A Missed Opportunity. Sixth Annual Fall Symposium. The Colorado Ultrasound Society, Denver, CO, November 4-5, 2000.

18. Placental Pathology, A New/Missed Opportunity. Colorado Society of Clinical Pathologists. Fall Meeting. Denver, CO. October 26, 2002.

19. Interesting OB cases with Pathologic Correlation. Colorado Ultrasound Society 8th Annual Fall Symposium. Denver, CO. November 2, 2002.

20. Placental Pathology and Its Importance to the Baby, Mom and Practitioner. 29th Annual L. Joseph Butterfield Perinatal Conference, Laramie, WY, September 30, 2005.

21. Tyson RW. Placental Examination: A Value Added Study. Timely Topics in Obstetrics and Neonatology. Denver, CO. November, 16, 2007.

22. Tyson, RW. Placental Pathology: A Value Added Study. Obstetrics Grand Rounds, Rose Medical Center, Denver CO. September 15, 2009.

23. Tyson, RW. Placental Pathology: A Value Added Study.

24. Obstetrics Quality Management Meeting, St. Anthony North Hospital. May 12, 2010.

25. Tyson, RW. Placental Pathology: Hot Topics 2010. Timely Topics In Obstetrics & Neonatology. Double Tree Hotel – Greenwood Village Colorado. Nov 12, 2010.

26. Tyson, RW. Placental Pathology: Understanding Bad Outcomes. Association of Women's Health, Obstetric and

Neonatal Nurses.National Meeting. Denver Convention Center, Denver, CO. June 29, 2011.

27. Tyson, RW. Placental Examination: Hot Topics 2011. Association of Women's Health Obstetric and Neonatal Nurses. Colorado Annual Meeting. Centennial, CO. October 14, 2011.

28. Tyson, RW. Perinatal Legal Issues and Placental Pathology. Exempla Perinatal Care Conference. St. Joseph Hospital, Denver CO. November 11, 2011.

29. Tyson, RW. Placental Pathology. Pediatric Noon Conference – COPIC. Rocky Mountain Hospital for Children. Denver CO. January 6, 2012.

30. Tyson, RW. Placental Examination: Medical and Legal Value. Obstetric Grand Rounds, Littleton Adventist Hospital. Littleton, CO. January 27, 2012.

31. Tyson, RW. The Placental Examination: A Value Added Study. Pediatric and Obstetric Grand Rounds. Platte Valley Medical Center, Brighton CO. September 17, 2013.

32. Tyson, RW. The Placental Examination: A Value added study. Pathology Department Rounds. University of Oklahoma Health Science Center. Oklahoma City, OK. November 11, 2013.

33. Tyson, RW. The Placental Examination: A Value added study. Pathology department Rounds. University of Alberta, Continuing Medical Education Rounds, Department of Pathology. November 25, 2013.

34. Tyson, RW. Strecker, MS. Evaluation of Pregnancy Loss. Obstetric Grand Rounds. California Pacific Medical Center. May 13, 2014.

35. Tyson, RW. Placental Pathology and Pregnancy Loss. The Medical Center of Aurora Women's Service's 10th Annual Fall Conference. Aurora CO. October 3, 2014.

36. Tyson, RW. The Pathology of Pregnancy Loss. Lee Memorial Health System. Ft. Myers FL. April 7-8, 2015.

37. Tyson, RW. The Placenta: Understanding Poor Pregnancy Outcome. Rose Medical Center Obstetrics Grand Rounds. September, 29, 2015.

38. Tyson, RW. The Placenta: Case Studies and Understanding Poor Pregnancy Outcome. SCL Perinatal Safety Conference. Broomfield, CO. November 13, 2015.

39. Tyson, RW. Placental Pathology: The Value of Quality Gross Examination and Histology in Poor Pregnancy Outcomes. 2016 Colorado Society of Histotechnology. Breckenridge, CO. May 14, 2016.

40. Tyson, RW. Placental Pathology: An Overview with Clinical Correlation. 2017 Spring Meeting American Association of Pathology Assistants. Denver, CO. March 20, 2017.

41. Tyson, RW. The Value of Quality Gross and Histologic Examination of the Placenta. 2017 Spring Meeting American Association of Pathology Assistants. Denver, CO. March 20, 2017.
42. Tyson, RW. The Placenta: Physiology, Pathology and Placentophagia. Fall Prenatal Instructor In-Service. Good Samaritan Medical Center. October 17, 2017

May 2018

# LEGALPATH SERVICES, LLC
## PERINATAL AND PEDIATRIC MEDICAL-LEGAL CONSULTATION
### 1153 BERGEN PKWY, STE #I-506
### EVERGREEN, COLORADO 80439-9501
### FEDERAL TAX I.D.# EIN-71-0956563

R. WESLIE TYSON, MD
PEDIATRIC PATHOLOGIST
PHONE: 720-308-9532
EMAIL: WTYSON@LEGALPATHSERVICES.COM

RATE SCHEDULE FOR DR. R. WESLIE TYSON:

Effective January 1, 2017 the fees will be as follows:

--      Initial evaluation (minimum 1 hour) - $750.00
--      Additional review, discussions, etc. - $750.00 per hour
--      Depositions - $750.00 per hour (4 hour minimum)
--      Trial Testimony - $750.00 per hour (8 hour minimum)
-       Cancellation of trial or deposition with 7 days or less notice - $750.00
--      Technical services for additional staining and sectioning of slides (AmeriPath):

| | | |
|---|---|---:|
| -- | Routine H&E stains | $ 12.00 |
| -- | Routine H&E stains (performed on previous processed block) | $ 36.00 |
| -- | Routine H&E stains (on wet tissue) | $ 72.00 |
| -- | Gram stain (and other 88312's) | $ 144.00 |
| -- | Iron stain (and other 88313's) | $ 132.00 |
| -- | Streptococcus B (and other 88342 codes) | $ 120.00 |

--      Chromosomal microarray (CombiMatrix)      $2000.00
--      Typing of reports (Secretarial off service time)      $ 100.00

**MEDICAL-LEGAL - DEPOSITION/TRIAL CASES**
**FOR DR. ROBERT WESLIE TYSON, M.D.**

1. Mary Helton v. Southwest Jefferson Community Hospital, d.b.a. Humana Hospital Southwest (Defense)

   Deposition date:  October 7, 1993
   For:      Woodward, Hobson, and Fulton
             Louisville, KY

2. Nicholas Wagner v. Humana Hospital Audubon (Defense)

   Deposition date:  September 6, 1994
   For:      Hirn, Doheny, Reed, and Harper
             Louisville, KY

3. Morgan v. Colby (Defense)

   Deposition date:  November 1994
   Trial date:  January 29, 1996
   For:      Cooper and Clough
             Denver, CO
   Pathology:  Ascending amnionic infection

4. Riedel v. Munro (Defense)

   Deposition date:  May 29, 1996
   Trial date:  November 21, 1996
   For:      Dickinson, Mackaman, Tyler, and Hagen
             Des Moines, IA
   Pathology:  Ascending amnionic infection

5. Veney, et al v. Channey, et al (Defense)

   Deposition date:  October 13, 1997
   For:      Wharton, Levin, Ehrmantraut, Klein & Nash
             Bethesda, MD

6. Limb v. Evanstan Regional Hospital (Defense)

   Deposition date:  November 11, 1998
   For:      Burbidge, Carnahan, Ostler & White
             Salt Lake City, UT

7. Ford/Mahoney v. Audubon (Defense)

   Deposition date:  May 16, 2000
   For:      Dinsmore & Shohl
             Louisville, KY

8.  Allison Englert v. Merritt Warren, M.D.  (Plaintiff)

>   Deposition date:  July 27, 2000
>   For:    Quinn, Day & Barker
>           Belle Fourche, SD
>   Pathology:  Placental pathology with no significant features

9.  Colas v. Patricia Guiffre, M.D.  (Defense)

>   Deposition date:  October 17, 2000
>   For:    Kennedy & Christopher
>           Denver, CO

10. Stodgell v. Dr. Deborah Erickson, et al (Defense)

>   Deposition date:  November 16, 2000
>   For:    Vogel Law Firm
>           Fargo, ND

11. Crall v. Firchau, et al (Defense)

>   Trial date:  March 16, 2001
>   For:    Kaluk, Burg and Tiemeier
>           Denver, CO
>           Boulder County District Court – 99CV 1308
>   Pathology:  Ascending amnionic infection

12. First Financial Trust Company et al v. Memorial Medical Center
    (Plaintiff)

>   Deposition date:  June 26, 2001
>   For:    Pasternak & Blake
>           Albuquerque, NM
>           cv-2000-00044

13. Jackson v. Presbyterian Healthcare Services (Defense)

>   Deposition date:  September 5, 2001
>   For:    Rodey, Dickason, Sloan, Akin & Robb
>           Albuquerque, NM
>           State of New Mexico, 2nd Judicial District, County of Bernalillo
>           - CV99-08782

14. Kimberly S. Lanham v. Suburban Hospital (Defense)

>   Deposition date:  April 29, 2002
>   For:    Thompson, Miller and Simpson
>           Louisville, KY
>           Jefferson District Court, 98-CI-07153 Div 5

15. Robert Small, et al v. Patricia Duletsky, M.D.  (Defense)

        Deposition date:  December 4, 2003
        Trial Date:  February 2, 2005 (Summit County, Colorado)
        For:     Cooper & Clough
                Denver, CO
                Summit County District Court – 2002 CV 243
        Pathology:  Ascending amnionic infection, disseminated maternal and fetal sepsis with group A streptococcus (mother/child death)

16. LeBaron v. Schmitz (Defense)

        Trial date:  December 8, 2003
        For:     Pryor, Johnson, Montoya, Carney & Karr
                Greenwood Village, CO
                Arapahoe County District Court – 2000 CV 3603
        Pathology:  Suspected vacuum-assisted delivery trauma, probable maternal overlay

17. Kreutzer v. U.S. (Defense)

        Deposition date:  January 13, 2004
        Deposition place:  Denver, CO
        For:     Tracey Hardin, Trial Attorney
                United States Department of Justice
                Tort Branch Civil Division
                PO Box 888, Ben Franklin Station
                Washington, DC 20044
                Us District Court for the State of South Dakota – 00-5126-KES
        Pathology:  ascending amnionic infection

18. Reed v. Heyborne (Defense)

        Deposition date:  May 6, 2004
        Deposition place:  Denver, CO
        For:     Pryor, Johnson, Montoya, Carney & Karr
                Greenwood Village, CO
                City and County of Denver, District Court – 2002 CV 5785

19. Lame v. Hill (Defense)

        Deposition date:  August 3, 2004
        Trial date:  September 8, 2004
        Deposition/trial place:  Denver, CO
        For:     John Martin, Martin Conklin PC
                 101 University Boulevard, Suite 440
                Denver, CO 80206
                City and County of Denver, District Court – 2002 CV 5434
        Pathology:  necrotizing funisitis, ascending amnionic infection

20. Mehlhaff v. Oliver and Strong (Defense)

        Deposition date:  March 31, 2005
        Deposition location:  Denver, CO
        Trial date:  June 9, 2005
        Trial location:  Rapid City, SD
        For:     Cheryl Weidmeier Gering, Davenport, Evans, Hurwitz & Smith LLP
                 206 West 14th Street
                 PO Box 1030
                 Sioux Falls, SD 57101
                 Seventh Judicial Circuit, County of Pennington, SD – CIV03-1261
        Pathology:  H. flu pneumonia

21. Diamond-McGrail v. Swedish Medical Center (Defense)

        Deposition date:  August 16, 2005
        Deposition location:  Denver, CO
        For:     Gilbert Dickinson, Dickinson, Prud'Homme, Adams & Ingram LLP
                 730 Seventeenth Street, Suite 730
                 Denver, CO 80202
                 District Court, City and County of Denver, 04CV-4323
        Pathology:  Ascending amnionic infection/cord accident

22. Romero v. Saint Joseph Hospital (Defense)

        Trial date:  February 1, 2006
        Trial location:  Denver, CO
        For:     John Conklin, Martin Conklin PC
                 101 University Boulevard, Suite 440
                 Denver, CO 80206
                 District Court, City and County of Denver, 04CV-7755
        Pathology:  Ascending infection

23. Vasquez v. Dennis M. Weisbrod, M.D. (Defense)

        Trial date:  April 27, 2006
        Trial Location:  Denver, CO
        For:     Paul Cooper, Cooper & Clough
                 1512 Larimer Street
                 Suite 600
                 Denver, CO 80202
                 District Court, City and County of Denver, 02-CV-4835
        Pathology:  Abruption not found
        Note:  Fact witness for signing out placenta

24.  Guardianship of Katie Lemus Garcia (Defense)

        Deposition date:  June 6, 2006
        Deposition location:  Denver, CO
        For:    Randall Jones, Sheehy, Serpe & Ware
               2500 Two Houston Center
               909 Fanin Street
               Houston, TX 77010
        Pathology:  cord accident/ascending infection

25.  Castillo v. Stringfellow (Defense)

        Deposition date:  September 7, 2006
        Deposition location:  Denver, CO
        Trial date:  10/2/06
        Trial location:  Colorado Springs, CO
        For:    Pryor Johnson Carney Karr Nixon
               5619 DTC Parkway
               Suite 1200
               Greenwood Village, CO 80111
        Pathology:  non-viable pregnancy

26.  Trejo v. Staples (Defense)

        Deposition date:  October 19, 2006
        Trial date: September 13, 2007
        Deposition location:  Denver, CO
        For:    Johnson, McConaty & Sargent
               400 South Colorado Boulevard
               Suite 900
               Glendale, CO 80246
        Pathology:  cord accident/ascending infection

27. Benitez v. Albany General Hospital (Defense)

        Trial Date: December 10, 2007
        Location: Albany Oregon
        For:    Keating, Jones, and Hughes, PC
               One S.W. Columbia, Suite 800
               Portland, OR  97258-2095
        Deposition: None
        Pathology: Prematurity due to GBS Ascending Amnionic Infection

28.  Prince v. Utah Valley Regional Medical Center, File Number 20957.30025
     (Defense)

        Deposition Date: January 30, 2008
        Location: Denver, Colorado
        For: JoAnn Bott
            Manning, Curtis, Bradshaw & Bednar
           10 Exchange Place, 3rd Floor

Salt Lake City, Utah 84111
Pathology: Subchorionic hematoma, abruption, chorioamnionitis

29. Barahona/Medina v. Hospital Partners of America, Cause No. 2006-63650 (Defense)

Deposition Date: February 6, 2008
Location: Denver, Colorado
For: Randy Jones
    Sheehy, Serpe & Ware
    2500 Two Houston Center
    909 Fannin Street
    Houston, Texas 77010-1003
Pathology:  Acute and Subacute cord accident with non-occluding thrombi.

30. Stupar vs Memorial Anesthesia (Larson), Case Number:06CV159 (Defense)

Deposition Date: January 26, 2009
Location:  Denver, CO
For: Michael Jones
    Hall & Evans, LLC
    1125 Seventeenth Street
    Suite 600
    Denver, CO  80202-2052
Pathology: Bronchospasm under anesthesia

31. Cutting vs. United States of America, Case No. 07-CV-02053 (Defense)

Deposition Date: July 9, 2009
Location: Denver, CO
For: Stephen Taylor
    United States Attorney
    District of Colorado
    1225 17 Street, Suite 700
    Denver, Colorado 80202
Pathology: Fetal Thromboembolic Disease

32.  Chaney vs. Kaiser Foundation Health Plan of Colorado, et al. JAG No. 2008 1732 (Plaintiff)

Deposition Date: December 8, 2009
Location: Denver, CO
For: Kevin Mahoney
    Mahoney Law Firm, P.C.
    3300 E. 1st Avenue, Suite 480
    Denver, CO  80209
Pathology: No placental pathology to explain out come.

6

33. Stodghill vs St. Tomas Moore Hospital, Case Number 2007-CV-522 (Plaintiff)

    Deposition Date: May 28, 2010
    Location: Denver, CO
    For: Eric Steiner
     Gerash, Steiner & Toray
     1775 Serman Street, Suite 1500
     Denver, CO  80203
    Pathology: No placental pathology to explain outcome

34. Margolis vs Robertson-Hackney (Plaintiff)

    Deposition Date: June 21, 2010 (Video Deposition)
    Location: Denver, CO
    Trial Date: March 2, 2011
    Location: Montgomery County, Maryland.
    For: Marian Hogan
     Nash and Associates
     Cromwell Center, Suite 201
     809 Gleneagles Court
     Towson, Maryland 21286
    Pathology: Acute process, no chronic changes in placenta.

35. Lloyd vs Patel (Defense)

    Deposition Date: April 12, 2011
    Location: Denver, CO
    Trial Date: June 27, 2011
    Location: Eagle, CO
    For: Kresl and Johnson
     600 South Cherry Street, Suite 217
     Denver, CO  80246
    Pathology: Retained accessory lobe and post partum hysterectomy

36. Gallardo vs USA (Defense)

    Deposition Date: May 19, 2011
    Location: Denver, CO
    Trial Date: April 2, 2012
    Location: Denver
    For:
     1225 Seventeenth Street, Suite 700
     Denver, CO  80202
    Pathology: Multiple events with poor outcome

37. Peyton vs Grace Hospital, et al
   (Defense)09 CvS 1978

        Deposition Date: September 12, 2011
        Location: Denver: Colorado
        Trial Date: Settled
        Location: N/A
        For: Phillip T. Jackson
            Dameron Bergin
            26 West Court Street
            Marion, NC  28752
        Pathology: Desmoid tumor and traumatic rupture

38. Pitman vs Eisenhut, et al (Defense)

        Deposition Date: September 15, 2011
        Location: Denver, Colorado
        Trial Date: December 9, 2011 vacated
            March 1, 2013 (settled)
        Location: Indianapolis, Indiana
        For: Edna M. Koch
            Zeigler Cohen & Koch
            9465 Counselors Row, Suite 104
            Indianapolis, Indiana 46240
        Pathology: Ascending Amnionic Infection

39. Warden vs. Exempla HealthCare, et al (Defense)

        Deposition Date: October 25 and 27, 2011
        Location: Denver, Colorado
        Trial Date: December 15, 2011 vacated
            February 26, 2013
        For: Catherine O'Brien Crumb
            Kennedy, Childs & Fogg
            633 17th Street, Suite 2200
            Denver, Colorado 80202
        Pathology: Myonecrosis of umbilical cord,
            Fetal thrombovasculopathy.

40.  Krenzer vs. Duroseau, et al (Defense)

        Deposition Date: November 16, 2011
        Location: Denver, CO
        Trial Date: December 19, 2011 vacated
            January 30, 2012   vacated
             February 1, 2012 Baltimore MD.
        For: Mary Beth Kaslick
            Kaslick Prete & Kelly
            5 West Church Street

8

Frederick, Maryland 21701
Pathology: Severe placental insufficiency with IUD


41. Taylor vs. Mammeri, et al. (Defense)

Deposition Date: September 12, 2012
Location:  Denver, CO
For: Mary Beth Kaslick
    Kaslick Prete & Kelly
    5 West Church Street
    Frederick, Maryland 21701
Pathology: Severe Ascending Amnionic Infection, E. coli


42. Gasper vs. Dorel Juvenile Group (Defense)

Deposition Date: September 24, 2012
Location: Denver, CO
Trial Date: November 16, 2012
For: Jonathan Judge
    Schiff Hardin
    233 South Wacker Drive, Suite 6600
    Chicago, IL 60606-6473
Pathology: Congenital anomalies leading unexpected death


43. Rich vs. Grover (Defense)

Deposition Date: October 5, 2012
Location: Denver, CO
Trial Date: Settled
For: Jaryl Rencher
    Stucki, Steele & Rencher
    215 South State Street
    Suite 600
    Salt Lake City, Utah 84111
Pathology: S/P lap surgery with suspected perforation.


44.  Suenram/Runyon vs. Staples, et al (Plaintiff)

Deposition Date: July 17, 2013
Location: Denver, CO
Trial Date: Settled
For: Kevin Mahoney
    Mahoney Law Firm
    3300 East First Avenue, Suite 480
    Denver, CO  80206
Pathology: No significant placental pathology


45. O'Melia vs. Southglenn Country Club (Plaintiff)

Deposition: September 26, 2013

9

Location: Denver, CO
Trial Date: October 22, 2013
For: Michael Keating
    Keating, Wagner, Polidori, Free
    1290 Broadway, Suite 600
    Denver, CO 80203
Pathology: No significant liver pathology, Drowning with elevated ammonia level

46. Johnson vs. Eckman, et al (Defense)

Deposition: November 19, 2013
Location: Denver, CO
Trial Date: February 11, 2015.
For: David R. Sinn
    Heyl Royster
    124 SW Adams Street, Suite 600
    Peoria, IL 61602
      and
    Kevin Miller
    Quinn Johnson
    227 N.E. Jefferson
    Peoria, IL  61602
Pathology:  Amnionic Fluid Embolism/Anaphylaxis of Pregnancy

47. Hardy vs. Buchanan (Defense)

Deposition:  April 2, 2014
Location: Denver, CO
Trial Date: October 16, 2014, Gainesville, FL
For: John Jopling
    Dell Graham
    203 N.E. 1st Street
    Gainesville, FL 32601
Pathology: meconium, fetal thrombotic vasculopathy, ascending infection, myonecrosis

48. Furse vs. McKay-Dee (Defense)

Deposition: August 27, 2014
Location: Irvine, CA
Trial Date: TBD
For: JoAnn Butt
    Manning Curtis Bradshaw & Bednar
    136 East South Temple, Suite 1300
    Salt Lake City 84111
Pathology:

49. McIver vs. VHS, et al. (Defense)
Deposition; September 9, 2014
Location: Irvine, CA
Trial Date: April 13, 2016
For: Stephen Yost

       Campbell, Yost, Clare & Norell, PC
       101 North First Avenue, Suite 2500
       Phoenix, AZ 85003
     Pathology: Group B strep pneumonia, sepsis

50. Harper vs. Cole, et al (Defense)
     Deposition: September 26, 2014
     Location; Denver, CO
     Trial Date: TBT
     For: Peter Pryor, Steven Johnston
       Prior, Johnson, Montoya, Carney, Karr & Nixon
       5619 DTC Parkway
       Greenwood Village, CO  80111-3061
     Pathology: Abnormal villus architecture with severe villitis/HEV

51. Nichols/Strong v Howard University (Defense)
     Deposition: November 12, 2014
     Location: Irvine, CA
     Trial Date: Settled
     For: Gleason Flynn Emig Fogleman
       11 North Washington Street
       Suite 400
       Rockville, MD 20850-4278
     Pathology: Slight meconium staining, no other significant pathology in placenta

52.  Stewart v MedStar (Defense)
     Deposition: January 6, 2015
     Location: Denver, CO
     Trial Date: Settled
     For: Wheeler Trigg O'Donnell
       370 Seventeenth Street, Suite 4600
       Denver, CO  80202
     Pathology: Acute chorioamnionitis, meconium, myonecrosis

53. Pace v University of Michigan (Defense)
     Deposition: April 9, 2015
     Location: Denver, CO
     Trial Date: Did not testify
     For: Smith Haughey Rice & Roegge
       213 S. Ashley, STE 400
       Ann Arbor, MI 48104
     Pathology:  Aspiration with dehydration

54. Gwin v Knapp (Defense)
     Deposition: June 14, 2015
     Location: Denver, CO
     Trial Date: To be determined
     For: Gleason Flynn Emig Fogleman
       11 North Washington Street
       Suite 400
       Rockville, MD 20850-4278

Pathology: uteroplacental perfusion abn, abruption, nuchal cord

55. Montoya v San Miguel Hospital (Defense)
        Deposition: August 7, 2015
        Location: Lakewood, CO
        Trial Date: TBD
        For: Serpe, Jones, Andrews, Callender, Bell
                American Tower
                2929 Allen Parkway, Suite 1600
                Houston, TX 77019
        Pathology: Ascending infection, meconium, fetal thrombi

56: Jimenez v Rose Medical Center (Fact Witness Plaintiff)
        Deposition: November 20, 2015
        Location: Denver, CO
        Trial Date: Settled
        For: Penelope Clor
                Hillyard Wahlberg Kudla Sloane Woodruff
                4601 DTC Boulevard, Suite 950
                Denver CO 80237
        Pathology: Ascending infection, cord compression

57. Dupont v Presbyterian Medical Center (Defense)
        Deposition: February 10, 2016
        For:    Evan Stephenson
                Wheeler Trigg O'Donnell
                370 17th Street, Suite 4500
                Denver, CO 80202
        Pathology: Villitus of Unknown Etiology

58. Ruchotzke v Roberts, et al (Fact Witness Plaintiff)
        Deposition: April 8, 2016
        Trial: Settled
        For:    Jennifer Keel
                Thomas, Keel & Laird
                50 South Steel Street, STE #450
                Denver, CO 80209
        Pathology: Group A streptococcus sepsis.

59. Hagan v Brookwood Medical Center (Defense)
        Deposition: June 9, 2016
        Trial: Settled
        For:    Celeste Larson
                Norman, Wood, Kendrick & Turner
                1130 22nd Street, South, STE 3000
                Birmingham, AL
        Pathology:  Severe acute ascending infection GBS
                        Fetal Thrombotic vasculopathy
                        Myonecrosis

60. Brown v Baptist Health (Defense)
        Deposition: July 7, 2016
        Trial: Settled
        For: Mariam Hopkins
            Anderson, Murphy and Hopkins
            400 West Capitol Ave STE #2400
            Little Rock, Arkansas 72201
        Pathology: Placental malperfusion, chorio, meconium

61. Maxwell v Vogel, PorterCare, et al (Defense)
        Deposition: March 27, 2017
        Trial: Settled
        For: Deanne McClung
            Hall & Evans
            1001 Seventeenth Street, STE # 300
            Denver, CO  80202-2053
        Pathology: Post-delivery sepsis

62. DeBuhr v Hern (Defense)
        Deposition: April 17, 2017
        Trial: January 18, 2018
        For: Amy Cook-Olson
            Cooper, Rice and Olson, LLC
            633 17th Street, Suite 2200
            Denver, CO  80202
        Pathology: Retained products of conception

63. Luke Higgins v Schwartz, et al (Defense)
        Deposition: April 24, 2017
        Trial: Settled
        For: Luke Schmitt
            Flaherty Sensabaugh Bonasso
            1225 Market Street
            PO Box 6545
            Wheeling, WV 26003
        Pathology: Lung developmental disorder

64. Rudnicki v Bianco (Defense)
        Deposition: May 15, 2015
        Trial: Did not testify
        For: Brad Robinson
            Robinson Waters and O'Dorsio
            1099 18th Street, STE #2600
            Denver, CO  80202
        Pathology: Normal Placenta

65. Clayton v Washington Hospital Center (Defense)
  Deposition: May 22, 2017
  Trial: Settled
  For: LaMar Jost, Michele Choe
    Wheeler Trigg O'Donnell
    370 17th Street Suite 4500
    Denver, CO 80202
  Pathology: Premature triplet pregnancy with ascending infection
      Complications of prematurity

66. Sanders v Methodist Medical Center of Illinois (Defense)
  Deposition: June 5, 2017
  Trial: Settled
  For: Lamar Jost
    Wheeler Trigg O'Donnell
    370 17th Street Suite 4500
    Denver, CO 80202
  Pathology: Ascending infection, FTV, Meconium

67. Bird v Swedish Medical Center (Defence)
  Deposition: November 29, 2017
  Trial: Settled
  For: Gilbert Dickison
    Dickison, Prud'Homme, Holway and Hoffman
    730 17th Street, Suite 730
    Denver, CO 80202
  Pathology: Influenza A with secondary pneumonia

68. Hill v USA (Defense)
  Deposition: April 6, 2018
  Trial: Settled
  For: Kurt N. Lindland
    Assistant United States Attorney
    219 S. Dearborn Street
    Chicago, IL 60604
  Pathology: Massive abruption and fetal demise

69. Burt v Winona Health (Defence)
  Deposition: May 5, 2018
  Trial: Settled
  For: Sarah Hoffman
    Bassford Remele
    100 South 5th Street, Suite 1500
    Minneapolis, MN 55402
  Pathology: Cord accident with meconium

70. Kenney v Bridges (Defence)
  Deposition: None
  Trial: July 19, 2018

For: James Gleason
        Gleason, Flynn, Emig, Fogleman & McAfee
        11 North Washington Street, Suite 400
        Rockville, Maryland 20850-4278
Pathology: Nuchal Umbilical cord with FTV

71. Das v MedStar St. Mary's (Defense)
        Deposition: August 3, 2018.
        Trial: Settled
        For: Michael F. Flynn
            Gleason, Flynn, Emig Fogleman and McAfee
            11 North Washington Street, Suite 400
            Rockville, Maryland 20850-4278
        Pathology: Fetal Thrombotic Vasculopathy

72. Vickers v St. Elizabeth Medical Center (Defense)
        Deposition: August 17, 2018
        Trial: Settled
        For: Ellie Houston
            Dressman Benzinger laVelle
            207 Thomas More Parkway
            Crestview hills, KY, 41017-2596
        Pathology: Fetal Thrombotic Vasculopathy with in utero stroke

73. Galindo v Valley View Hospital (Defense)
        Deposition: None
        Trial: March 8, 2019
        For: Doug Wolanske
            Messner Reeves
            1430 Wynkoop Street
            Suite 300
            Denver, CO 80202
        Pathology: Fetal Thrombotic Vasculopathy, no GBS/Chorio

March 2019