## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CHRISTINA MARZIALE,  Individually
and as mother of Baby Boy Marziale;  and
DANA McLAIN, Administrator of the
Estate of Elaine Marziale                                                    PLAINTIFFS

v.                                              No. 5:18-cv-86-DPM

CORRECT CARE SOLUTIONS LLC;
MAKITA LAGRANT;  STEPHEN
COOK;  and WELLPATH LLC                                          DEFENDANTS

### ORDER

The Court refers plaintiffs' new motion for judgment on the pleadings, *Doc. 218*, to Magistrate Judge Deere for a recommendation, either a partial one on this issue alone or as part of her eventual recommendation on the renewed motions for summary judgment. The Court also confirms a blanket referral to Magistrate Judge Deere to manage this case in the coming months.

So Ordered.

_DPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_14 August 2020_