IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTINA MARZIALE, Individually
and as mother of Baby Boy Marziale; and
DANA McLAIN, Administrator of the
Estate of Elaine Marziale                                                                    PLAINTIFFS

v.                              No. 5:18-cv-86-DPM

CORRECT CARE SOLUTIONS LLC;
MAKITA LAGRANT; STEPHEN
COOK; and WELLPATH LLC                                                                   DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Deere's partial recommendation, *Doc. 304*, and overrules the parties' objections, *Doc. 315 & 318*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). In their respective objections, Marziale, Cook, and Lagrant repeat the comprehensive arguments they made to Judge Deere. The Court agrees with all her conclusions, adopts her careful reasoning, and overrules the objections.

- Marziale's motion for partial summary judgment, *Doc. 262*, is partly granted and partly denied. She must prove the applicable standard of care with expert testimony, *Mitchell v. Lincoln*, 366 Ark. 592, 599, 237 S.W.3d 455, 460 (2006), but she has established that she had a serious medical need, *Coleman v. Rahija*, 114 F.3d 778, 785 (8th Cir. 1997).

- Lagrant and Cook's motion for summary judgment, *Doc. 267*, is denied.

- Marziale's motion for judgment on the pleadings, *Doc. 218*, is denied as moot.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 January 2021