IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTINA MARZIALE, Individually
and as mother of Baby Boy Marziale; and
DANA McLAIN, Administrator of the
Estate of Elaine Marziale                                            PLAINTIFFS

v.                          No. 5:18-cv-86-DPM

CORRECT CARE SOLUTIONS LLC;
MAKITA LAGRANT; STEPHEN
COOK; and WELLPATH LLC                                               DEFENDANTS

ORDER

The Court adopts Magistrate Judge Deere's unopposed recommendation, *Doc. 338*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Marziale and McLain are entitled to reasonable attorney's fees and expenses stemming from their second motion for sanctions. *Doc. 263 & 332*. They seek $46,475; Judge Deere recommends $15,565.50. The fee as reduced represents a fair and reasonable amount for the work. *Hensley v. Eckerhart*, 461 U.S. 424, 435 (1983); *Chrisco v. Sun Industries, Inc.*, 304 Ark. 227, 229, 800 S.W.2d 717, 718–19 (1990). Plaintiffs' petition for attorney's fees, *Doc. 334*, granted as modified.

So Ordered.

*JPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 May 2021