IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTINA MARZIALE, Individually
and as mother of Baby Boy Marziale; and
DANA McLAIN, Administrator of the
Estate of Elaine Marziale                                                PLAINTIFFS

v.                          No. 5:18-cv-86-DPM

CORRECT CARE SOLUTIONS LLC;
MAKITA LAGRANT; STEPHEN
COOK; and WELLPATH LLC                                              DEFENDANTS

### ORDER

Marziale and McLain's motion to subpoena witnesses for Zoom trial testimony, *Doc. 339*, is denied. The desired corporate witnesses are in Nashville, Tennessee—more than 100 miles from Little Rock—and are therefore beyond the reach of a trial subpoena. FED. R. CIV. P. 45(c); *Pointer v. DART*, 417 F.3d 819, 821 (8th Cir. 2005). Though Federal Rule of Civil Procedure 43(a) permits remote testimony, it doesn't nullify Rule 45(c)'s geographic limitations. The Court is open to some agreement between the parties for remote testimony of some witnesses but declines to order it.

Marziale and McLain's fourth motion *in limine*, *Doc. 343*, is mostly denied. First, the deadline for the motion has long passed, *Doc. 220 & 324*, and no good cause for deviating from the Scheduling Order has

been provided. Second, the motion seeks relief beyond that previously ordered. It's been established that Marziale had a "serious medical need" during her pregnancy and the babies' delivery. *Doc. 304 & 325.* But, Marziale and McLain still have the burden to prove the remaining elements of their claims. Third, there's no objection to avoiding argument about licensure actions undertaken by the Arkansas State Board of Nursing against any of the Defendants. That exclusion is granted as agreed. And last, the shape of the jury instructions — including how to handle unvaccinated jurors and discussion of the COVID-19 pandemic — will be sorted in due course.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

25 June 2021