# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CHRISTINA MARZIALE, Individually
and as mother of Baby Boy Marziale; and
DANA McLAIN, Administrator of the
Estate of Elaine Marziale                                                PLAINTIFFS

v.                                   No. 5:18-cv-86-DPM

CORRECT CARE SOLUTIONS LLC;
MAKITA LAGRANT; STEPHEN
COOK; and WELLPATH LLC                                                   DEFENDANTS

## ORDER

Starting in late July, the Court must try a criminal case that is expected to run three weeks and will bump the trial in this case. This is an older case that needs resolution. The Court therefore reschedules trial for 23 August 2021. All other pretrial deadlines remain in place. Motion for status conference, *Doc. 346*, denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 July 2021