## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CHRISTINA MARZIALE, Individually
and as mother of Baby Boy Marziale; and
DANA McLAIN, Administrator of the
Estate of Elaine Marziale**                                    **PLAINTIFFS**

**v.**                          **No. 5:18-cv-86-DPM**

**CORRECT CARE SOLUTIONS LLC;
MAKITA LAGRANT; STEPHEN
COOK; and WELLPATH LLC**                          **DEFENDANTS**

### ORDER

The Court appreciates the parties' most recent status report and is working through the issues presented. The Court regrets that it is unable to hold an in-person status conference because of obligations in other cases; the circumstances, however, are clearly presented in the papers. Even if (in response to the Court's future rulings) Marziale and McLain substantially reduce the number of witnesses listed, the parties still need approximately two weeks for the trial. This trial will involve at least fifty witnesses, some of whom are from out of state, and some counsel from out of state. The Delta-variant-related surge of COVID-19 continues in the Eastern District of Arkansas. The case needs resolution sooner rather than later, but it is not prudent to go forward with this trial now in these circumstances. Therefore, the Final

Scheduling Order, *Doc. 18*, is suspended.   An Amended Final Scheduling Order with a prompt new trial date will issue.  The Court will resolve the current disputes soon so that, in the meantime, the parties can make another run at reaching a compromise with the help of their mediator.

So Ordered.

D.P. Marshall Jr.
United States District Judge

10  August  2021