IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTINA MARZIALE, Individually
and as mother of Baby Boy Marziale; and
DANA McLAIN, Administrator of the
Estate of Elaine Marziale                                                                PLAINTIFFS

v.                          No. 5:18-cv-86-DPM

CORRECT CARE SOLUTIONS LLC;
MAKITA LAGRANT; STEPHEN
COOK; and WELLPATH LLC                                                             DEFENDANTS

## JUDGMENT

The case is dismissed with prejudice. The Court retains jurisdiction until 23 December 2021 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

27 September 2021